ANNA R. PETERS, as Administratrix of the Estate of JOHN W. PETERS, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Peters* v. *N. Y. C. & H. R. R. R. Co.*, 125 App. Div. 900, affirmed.
(Argued December 17, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 7, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*A. H. Cowie* for appellant.

*D. Raymond Cobb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not voting: CULLEN, Ch. J., HAIGHT and HISCOCK, JJ.

---

GEORGE W. SMYTH, Respondent, v. THE BROOKLYN UNION ELEVATED RAILWAY COMPANY et al., Appellants.

(Submitted December 14, 1908; decided January 5, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 335.)